In the Matter of the Claim of MARY E. MUNDT, Appellant and Respondent, against WILLIAM SPENCER & SONS, Respondents and Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted December 10, 1937; decided January 11, 1938.

*Henry J. Farrell* for claimant, appellant and respondent.

*William B. Davis* and *E. C. Sherwood* for William Spencer & Sons et al., respondents and appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order of Appellate Division modified by striking out the allowance of $100 for funeral expenses awarded to the widow, and, as so modified, affirmed, without costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.